IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELVIS JOSE GARCIA-QUINTERO,

Petitioner,

vs.

WARDEN, McCook Detention Center, et al.,

Respondents.

8:26-CV-544

ORDER

In its October 9, 2026 memorandum and order conditionally granting a writ of habeas corpus, the Court directed the government to provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations *see* 8 C.F.R. §§ 236.1(d); 1236.1(d); 1003.19, on or before October 16, 2026. Filing 11. The petitioner has filed a motion questioning the adequacy of the bond hearing that was held. Filing 14. Specifically, the petitioner claims he did not have an opportunity to present evidence in support of custody redetermination. Filing 14.

When a detainee applies for bond redetermination, it's his burden to establish, to the satisfaction of the immigration judge, that he "does not present a danger to persons or property, is not a threat to the national security, and does not pose a risk of flight." *Matter of Siniauskas*, 27 I. & N. Dec. 207 (B.I.A. 2018); *see also* § 1003.19(b); U.S. Dep't of Just., Exec. Off. for Immigr. Rev. Pol'y Manual § 8.3(c) (2026). Usually, the detainee begins a bond hearing by making an "offer of proof" addressing those factors. *Id.* § 8.3(e)(6). The immigration judge considers evidence submitted contemporaneously with a request for a bond hearing, or evidence filed in open court. *Id.* § 8.3(e)(5).

The petitioner suggests that he was denied the opportunity to make an adequate offer of proof. The Court will direct the government to respond to that suggestion.

IT IS ORDERED:

1. The petitioner's motion to enforce compliance (filing 14) is granted in part.

2. On or before November 6, 2026, the federal respondents shall file a response and such evidence as is necessary to address the petitioner's arguments regarding the regulatory and constitutional adequacy of the petitioner's bond hearing.

Dated this 30th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge