IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ELVIS JOSE GARCIA-QUINTERO,

Petitioner,

vs.

WARDEN, McCook Detention Center, et al.,

Respondents.

8:26-CV-544

ORDER

The Court has examined the government's response (filing 18) and declaration (filing 20) in this case, and finds no reason to conclude that the bond hearing provided to the petitioner failed to satisfy the requirements of the Court's previous order. And of course, this Court does not review the immigration judge's decision de novo, or even for an abuse of discretion—this Court doesn't review the immigration judge's decision *at all*. *See Gvritishvili v. Mullin*, No. 4:26-CV-3123, 2026 WL 1362439, at *1 (D. Neb. May 15, 2026). His remedy is with the Board of Immigration Appeals, not this Court. Accordingly,

IT IS ORDERED that the petitioner's motion to determine compliance (filing 14) is denied.

Dated this 3rd day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge